# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| JENNIFER LYNN JOYNER,<br>    Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-746-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court grants Defendant's Motion for Remand [D.E. 30], and hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 22, 2012,** WITH A COPY TO:

Michael B. Sosna (via CM/ECF Notice of Electronic Filing)
Mary Ellen Russell (via CM/ECF Notice of Electronic Filing)


October 22, 2012                                 JULIE A. RICHARDS, Clerk
Date                                                Eastern District of North Carolina

                                                                   /s/Debby Sawyer
                                                                    (By) Deputy Clerk

Raleigh, North Carolina